## Yolande P. Lasswell, Plaintiff-Appellee, v. Roy S. Lasswell, Defendant-Appellant.

**Gen. No. 47,920.** 

First District, First Division.
December 12, 1960.

 Stanley A. Durka, Albert Koretzky and Roy S. Lasswell, of Chicago (Albert Koretzky, of counsel) for appellant; Ehrlich and Cohn, of Chicago (Aaron H. Cohn, of counsel) for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.